UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No.: 2:19cr20282 JTF |
| v. ) | |
| ) | 18 U.S.C. § 641 |
| BARBARA ZOCCOLA ) | |

# I N F O R M A T I O N

**THE UNITED STATES ATTORNEY CHARGES:**

At all times material to this Information:

### Background

1. **BARBARA ZOCCOLA** was employed by the United States Department of Justice as an Assistant United States Attorney for the United States Attorney's Office for the Western District of Tennessee.

2. The United States Department of Justice was a federal executive department organized under the executive branch of the United States government.

3. Beginning no later than June 12, 2018, and continuing up until on or around June 11, 2019, in the Western District of Tennessee, **BARBARA ZOCCOLA** did knowingly and intentionally convert to her use a thing of value belonging to the United States Department of Justice, to wit: leave time, by misreporting and falsely certifying her time and attendance records.

4. As a result of her submitting these certifications containing false information, **BARBARA ZOCCOLA** was able to accrue leave time, to which she was not entitled, from the United States Department of Justice.

**Theft of Public Money, Property, or Thing of Value**

**(18 U.S.C. § 641)**

On or around October 25, 2018, **BARBARA ZOCCOLA** knowingly and intentionally converted to her use a thing of value belonging to the United States Department of Justice by misreporting and falsely certifying her time and attendance records for Pay Period 21, in which she falsely reported that she had worked full, 8-hour days on October 16, 18, 23, and 25, 2018. By certifying this information, **BARBARA ZOCCOLA** failed to report approximately 9 hours of unclaimed leave time that she had taken on October 16, 18, 23, and 25, 2018, thereby accruing and keeping approximately 9 hours of leave time to which she was not entitled.

In violation of Title 18, United States Code, Section 641.

DONALD Q. COCHRAN
UNITED STATES ATTORNEY


*/s/ Chris Suedekum*
CHRIS SUEDEKUM
ASSISANT UNITED STATES ATTORNEY

ACTING PURSUANT TO AUTHORITY
CONFERRED BY 28 U.S.C. § 515